**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-2484**

———————————

In Re: DANA R. KIDD,

                                                        Debtor.

_____


DANA R. KIDD,

                                            Debtor - Appellant,

        versus

ROBERT G. MAYER, Trustee,

                                            Trustee - Appellee.

———————————

**No. 98-2727**

———————————

In Re: VINCENT LITTLES, MICHELLE D. LITTLES,

                                                        Debtors.

_____


VINCENT LITTLES; MICHELLE D. LITTLES,

                                            Plaintiffs - Appellants,

        versus

ROBERT G. MAYER, Trustee,

                                        Trustee - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge; Albert V. Bryan, Jr., Senior District Judge. (CA-98-1006-A, BK-98-12007-SSM, CA-98-1032-A, BK-98-12006-SSM)

---

Submitted: March 31, 2000                    Decided: May 12, 2000

---

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Gething Dade, WILLIAM G. DADE, P.C., Fredericksburg, Virginia, for Appellants.  Robert G. Mayer, ROBERT G. MAYER, P.C., Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Dana Kidd and Vincent and Michelle Littles appeal from the district courts' orders affirming the bankruptcy court's orders disallowing their homestead exemptions because their homestead deeds were not timely filed under Va. Ann. Code § 34-17 (Michie 1999). Our review of the records and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district courts. See <u>Kidd v. Mayer</u>, No. 98-1006-A (E.D. Va. Oct 2, 1998), No. 98-2424, <u>Littles v. Mayer</u>, No. 98-1032-A (E.D. Va. Oct. 28, 1998), No. 98-2727.[*] We dispense with oral argument based on our prior order granting the motion to submit the cases on briefs.

<u>AFFIRMED</u>

---

[*] Although the district court's order in No. 98-2727 is marked as "filed" on October 26, 1998, the district court's record shows that it was entered on the docket sheet on October 28, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

3